**2013–1864. D'Ambrosio v. State.**

Cuyahoga App. No. 99520, 2013-Ohio-4472. Upon consideration of the jurisdictional memoranda filed in the case, the court accepts the appeal, and the decision of the court of appeals is reversed on the authority of *Mansaray v. State*, 138 Ohio St.3d 277, 2014-Ohio-0750.

O'CONNOR, C.J., and PFEIFER, LANZINGER, KENNEDY, and O'NEILL, JJ., concur.

FRENCH, J., concurs in reversing the judgment of the court of appeals but would remand the cause for application of *Mansaray*.

O'DONNELL, J., not participating.

**2014–0364. State ex rel. Kell v. Mattingly.**

In Mandamus and Prohibition. On motions to dismiss. Motions granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0533. State ex rel. Hillman v. Carr.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2013–0090. State ex rel. Evans v. Marshall.**

In Mandamus and Procedendo. On motion for relief from judgment under Civ.R. 60(B)(5) by the full court pursuant to the Ohio Constitution, Article IV, Section 2(A). Motion denied.

**2014–0634. State v. Robinson.**

Summit App. No. 26802, 2013-Ohio-5237. On motion for delayed appeal. Motion denied.

**2014–0635. State v. Browder.**

Cuyahoga App. No. 99727, 2014-Ohio-113. On motion for delayed appeal. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2014–0353. In re R.W.**

Hamilton App. Nos. C–130151 and C–130152, 2014-Ohio-175. Discretionary appeal accepted; cause held for the decision in 2013–0579, *In re D.M.*, 1st Dist. Hamilton No. C–120794, 2013-Ohio-668; and briefing schedule stayed.

O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., would accept the appeal on Proposition of Law No. I only.

**2014–0358. Lycan v. Cleveland.**

Cuyahoga App. No. 99698, 2014-Ohio-203.

PFEIFER and FRENCH, JJ., dissent.

O'DONNELL, J., not participating.

**2014–0449. In re J.T.**

Hamilton App. No. C–130434.

PFEIFER, LANZINGER, and FRENCH, JJ., dissent.

**2014–0454. State v. Watkins.**

Franklin App. Nos. 13AP–133 and 13AP–134, 2013-Ohio-5544. Discretionary appeal accepted; cause held for the decision in 2014–0120, *State v. Moore*, 7th Dist. Mahoning No. 08 MA 20, 2013-Ohio-5868.

O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.